UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 14-cr-_____ |
| v. : | |
| : | Violation: |
| ZEWDITU WONDEMU, : | (Making and Subscribing to a False |
| : | Tax Return, 26 U.S.C. § 7206(1)) |
| Defendant. : | |

## INFORMATION

The United States Attorney informs the Court that:

1. On or about April 7, 2009, in the District of Columbia and elsewhere, the defendant, Zewditu Wondemu ("Wondemu"), did willfully make and subscribe a U.S. Individual Income Tax Return, IRS Form 1040, for the tax year 2008, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. The U.S. Individual Income Tax Return, IRS Form 1040, which was prepared and signed in the District of Columbia and filed with the Internal Revenue Service, stated on line 43 that Wondemu's taxable income for the tax year 2008 was $4,341, whereas as she then and there knew her actual taxable income for tax year 2008 was at least $92,646.

**(Making and Subscribing to a False Tax Return, in violation of Title 26, United States Code, Section 7206(1))**

RONALD C. MACHEN JR.
United States Attorney
for the District of Columbia

By: _____
PHILIP A. SELDEN, D.C. Bar # 982247
Assistant United States Attorney
United States Attorney's Office